IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
(FT. MYERS DIVISION)

JEFFREY HALSTEN,

    Plaintiff,

-vs-                          CASE NO.: **2:13-CV-287-FTM-38DNF**

**TARGET NATIONAL BANK**, as a wholly owned subsidiary of **TARGET CORPORATION**; and **ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**

    Defendant

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Jeffrey Halsten, and the Defendants, TARGET National Bank - TARGET Corporation and Allianceone Receivables Management, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of October, 2013.

| | |
|---|---|
| */s/ Amanda J. Allen* | */s/ Brian Perreault* |
| AMANDA ALLEN, ESQUIRE | BRIAN PERREAULT, ESQUIRE |
| Morgan & Morgan, P.A. | LYDECKER \| DIAZ |
| 201 N. Franklin Street, 7th Floor | 1221 Brickell Avenue, 19th Floor |
| Tampa, FL 33602 | Miami, FL 33131 |
| Tele: (813) 223-5505 | Tele: (305) 416-3180 |
| Fax: (813) 223-5402 | Fax: (305) 416-3190 |
| AAllen@ForThePeople.com | bp@lydeckerdiaz.com |
| Florida Bar #: 0098228 | Florida Bar #: 89193 |
| Attorney for Plaintiff | Attorney for Defendants |